# UNITED STATES COURT OF APPEALS

# FOR THE FIFTH CIRCUIT

Nos. 95-31278 & 96-30333
Summary Calendar

UNITED STATES OF AMERICA,

Plaintiff-Appellee.

versus

DONETTA DORSETT,

Defendant-Appellant.

* * * * * * * *

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

DORAL HILLS,

Defendant-Appellant.

Appeals from the United States District Court
for the Eastern District of Louisiana
USDC No. 95-CR-203-L

October 9, 1996

Before POLITZ, Chief Judge, DAVIS and DENNIS, Circuit Judges

PER CURIAM:[*]

---

[*] Pursuant to Local Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Local Rule

Donetta Dorsett and Doral Hills appeal their guilty-plea convictions for conspiracy to possess with intent to distribute cocaine hydrochloride and for carrying a firearm in relation to the commission of a drug trafficking crime in violation of 18 U.S.C. § 924(c)(1) & 21 U.S.C. § 846. A loaded 9mm pistol was found on the front seat of the vehicle on the driver's side. Dorsett contends that she did not have knowledge of the presence of the firearm and, therefore, she cannot be held criminally liable under § 924(c). Hills contends that the factual basis supporting his conviction is insufficient because the transaction took place away from the vehicle and, therefore, it cannot be said that the firearm was carried "in relation to" a drug transaction. The parties appeal their firearm convictions in light of the intervening decision in **Bailey v. United States**, 116 S.Ct. 501 (1995).

We conclude that **Bailey** does not support appellants' challenges. Based on the authorities and analysis by the district court in its scholarly Order and Reasons signed and entered February 9, 1996, the convictions appealed are AFFIRMED.

47.5.4.